**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 38 WAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JUSTIN P. GREENWOOD, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 1st day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.